UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-14038-CIV-MARRA

TIMOTHY PRICE,
and other similarly situated individuals,

Plaintiff(s),

v.

DAWG, INC. d/b/a THEBESTIRS,
a Foreign Profit Corporation and
BRETT S. HARDT, individually,

Defendants.
_____/

## ORDER DISMISSING CASE

This cause is before the Court upon the parties' Joint Motion for Settlement Approval and Joint Stipulation of Dismissal [DE 11]. On March 30, 2018, the Court held a hearing to scrutinize the settlement agreement entered into by the parties for fairness pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." Id. at 1355.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The settlement agreement is approved.

2) The case is dismissed with prejudice.

3) The Court retains jurisdiction over the settlement for a period of sixty days from the date of entry of this Order.

4) The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of March, 2018.

_____
KENNETH A. MARRA
United States District Judge